# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CADLE COMPANY, assignee of Cadles of West Virginia LLC, assignee of Comerica Bank<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>JON WIERDA and LYNN K. WIERDA,<br>　　　　　　　　　　　　Defendants<br>　　and<br>ARTHUR ANDERSEN LLP<br>　　　　　　　　　　　　Respondent. | No. 17-cv-07394<br><br>Judge KENDALL |

## NOTICE OF MOTION

TO:　　SEE ATTACHED SERVICE LIST

　　PLEASE TAKE NOTE that on **JULY 3, 2025 at 9:30 A.M.**, Counsel for Plaintiff THE CADLE COMPANY, assignee of Cadles of West Virginia LLC, assignee of Comerica Bank, shall appear before the Honorable Judge Virginia Kendall in Courtroom 2541 of the U.S. District Court for the Northern District of Illinois – Eastern Division, Dirksen Federal Building, 219 S Dearborn St, Chicago, 60604, and present the following Motion, a copy of which is hereby served upon you:

## MOTION FOR REVIVAL OF JUDGMENT and ASSIGNMENT OF TURNOVER

## PROOF OF SERVICE BY E-MAIL

　　Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I, the undersigned, certify that I served this Notice and the *Attachments* to each person to whom it is directed at or before 5:00 P.M. on **JUNE 16, 2025**, via E-Mail or U.S. Mail by deposition the same in the U.S. Postal Box located at 2525 Cabot Drive, Lisle, IL 60532, with correct postage prepaid, as identified on the attached Service List.

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Douglas C. Giese*
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

Douglas C. Giese - Partner (ARDC #6242975)
**Swanson, Martin & Bell, LLP**
2525 Cabot Drive, Suite 204
Lisle, IL  60532
(630) 779-6952 - Direct
(630) 799-6900 – Main
dgiese@smbtrials.com

09240-0017 CADLE – Wierda – Revival/Assignment

**SERVICE LIST**

*VIA U.S. MAIL*

    JON WIERDA and LYNN K. WIERDA
    386 W. Hagerman Lake Road
    Iron River, MI 49935

*VIA E-MAIL*

    COMERICA BANK
    Kurt M. Carlson - kcarlson@carlsondash.com
    Steven David Mroczkowski - steve.mroczkowski@icemiller.com
    Carlson Dash, LLC
    216 S. Jefferson Street, Suite 504
    Chicago, IL 60661

    ARTHUR ANDERSEN LLP
    Attn: Laurie Ashbrook - laurie.r.ashbrook@arthurandersenllp.com
    1405 North 5th Avenue
    St. Charles, IL 60174